# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ROBERT BOWERSOCK,

    Plaintiff,

v.

I.Q. DATA INTERNATIONAL INC.,

    Defendant.

Case No. 2:17-cv-00806

[PROPOSED] ORDER re: STIPULATION FOR BRIEF CONTINUANCE OF TRIAL DATE AND LITIGATION DEADLINES

The Court having considered the Stipulation filed by the Parties, for good and sufficient cause shown;

IT IS, on this ___6th___ day of ___December___, 2017,

**ORDERED** as follows:

1. The current Trial date of April 2, 2018 is hereby vacated;

2. The litigation deadlines set forth in this Court's August 21, 2017 Scheduling/Case Management Order are hereby vacated;

3. Trial (2-3 day bench trial) in this matter is now set to begin on September 10, 2018 at 9:00 a.m. in Courtroom 15106 before Hon. Robert S. Lasnik; and

///

///

///

4. The Court will issue a new Scheduling/Case Management Order setting forth the applicable litigation deadlines based on the Trial date set forth herein.

**BY THE COURT**

By: _____*/s/ S Lasnik*_____
Hon. Robert S. Lasnik